158 A.3d 583

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. ELI R. DENNIS, DEFENDANT–PETITIONER.

January 20, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005240–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

158 A.3d 583

MOON LANDSCAPING, INC., PLAINTIFF–RESPONDENT,
v. BURRIS CONSTRUCTION COMPANY, INC.,
DEFENDANT–PETITIONER.

January 20, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002844–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted and the Appellate Division's judgment is summarily vacated. The matter is remanded to the Appellate Division for consideration after oral argument. Jurisdiction is not retained.